

P20132/A. Pakula

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### MEMORANDUM

**08 CRIM 205**

TO:     Jim Molinelli, Miscellaneous Clerk

FROM:   Adam Pakula, United States Probation Officer

RE:     Bernard Bob

DATE:   March 4, 2008

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On March 9, 1994, the above-named individual was sentenced in the Eastern District of Virginia outlined in the attached J & C.

On December 28, 2007, we received the Prob. 22's endorsed by the Honorable Richard L. Williams, U.S. District Court Judge, ordering Mr. Bob's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5171.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Adam Pakula
U.S. Probation Officer

[Stamp: ELECTRONICALLY FILED MAR 13 2008]